No. 05–5147. KING v. ROWLEY, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 05–5148. DEVEAUX v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–5149. DIEHL v. MITCHELL, CORRECTIONAL ADMINISTRATOR IV, MOUNTAIN VIEW CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 05–5150. ESTRELLA v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied.

No. 05–5151. MCCLINTON v. SUPERIOR COURT OF THE DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied.

No. 05–5152. MORRIS v. FENEIS, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 05–5153. PRICE v. LEWIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–5154. HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5155. GIBSON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 05–5156. FOSTER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–5157. FIELDS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5158. HALE v. GRACE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 05–5159. HASTINGS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 05–5160. ARNETT v. JACKSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–5161. ANDREWS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.